FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 31 2007

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>PEDRO ANAYA - ESPARZA,<br><br>　　　　Defendant. | Case No. CR 03-131 AHM<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a) (6)<br>18 U.S.C. § 3143 (a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　A.　(✓) the appearance of defendant as required; and/or

　　　　B.　(　) the safety of any person or the community.

　　2.　The Court concludes:

　　　　A.　(　) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the

community. Defendant poses a risk to the safety of other persons or the community based on:

_____
_____
_____
_____
_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

nature of the offense; immigration status
_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: December 31, 2007

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE